1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ## CENTRAL DISTRICT OF CALIFORNIA
8

9
10 JOHNNIE VILLA,

         Plaintiff,

11     v.

12 NANCY A. BERRYHILL,[1]
Commissioner of Social Security,

13
14         Defendant.

Case No. 5:16-CV-01616-SK

**JUDGMENT**

15
16
17     It is the judgment of this Court that the decision of the Administrative
18 Law Judge is AFFIRMED.  Judgment is hereby entered in favor of
19 Defendant.
20
21 Date: November 6, 2017        _____
22             HON. STEVE KIM
            U.S. MAGISTRATE JUDGE
23
24
25
26     [1] Nancy Berryhill, the current Commissioner, is substituted as Defendant for
27 former Acting Commissioner Carolyn W. Colvin.  42 U.S.C. § 405(g); Fed. R. Civ. P.
25(d).
28